■ M & M SANITATION CORP., Respondent, v ONE ABINGTON SQUARE FOOD & ORIENTAL GIFT CORPORATION, Doing Business as OPERA FOOD, Appellant, et al., Defendant. [659 NYS2d 744] —Order, Supreme Court, New York County (Diane Lebedeff, J.), entered October 18, 1996, which denied defendant-appellant's motion to vacate the default judgment entered against it, unanimously affirmed, with costs.

A party seeking to vacate a default judgment must establish the existence of both a meritorious claim or defense and a reasonable excuse for the default (*Gray v B. R. Trucking Co.*, 59 NY2d 649). The IAS Court properly found that defendant failed to show either. Concur—Sullivan, J. P., Rosenberger, Ellerin, Williams and Colabella, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v JEROME SMITH, Appellant. [658 NYS2d 621] —Judgment, Supreme Court, New York County (Laura Drager, J.), rendered July 19, 1995, convicting defendant, after a jury trial, of attempted robbery in the second degree, and sentencing him, as a persistent violent felony offender, to a term of 6 years to life, unanimously affirmed.

Defendant's request to charge the lesser included offense of attempted petit larceny was properly denied. There was no reasonable view of the evidence that defendant committed the lesser included offense but not the greater, "especially given defendant's testimony at trial denying any form of larceny whatsoever" (*People v Brown*, 226 AD2d 242, 243, *lv denied* 88 NY2d 1019). No evidence suggested a non-forcible attempt to take property. Concur—Sullivan, J. P., Rosenberger, Ellerin, Williams and Colabella, JJ.